INDUSTRIAL & GENERAL TRUST CO., Respondent, v. TOD et al., Appellants. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by the Industrial & General Trust Company against A. Kennedy Tod and another. From an order allowing an amendment of the complaint, defendants appeal. Affirmed. S. H. Olin, for appellants. L. Marshall, for respondent.

PER CURIAM. The order should be amended so as to read, "on payment by the plaintiff to the defendant of all the costs and disbursements, including printing bills, in all courts," except the costs and disbursements of this appeal. As so modified, the order should be affirmed without costs.

INGALLS, Respondent, v. MERCHANTS' NAT. BANK OF PHILADELPHIA et al., Defendants (BARROWS, Appellant). (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Charles H. Ingalls, as receiver, etc., against the Merchants' National Bank of Philadelphia and others (Willard P. Barrows, appellant).

PER CURIAM. Order modified by inserting a provision requiring the plaintiff to pay the costs heretofore imposed, within 20 days; otherwise motion granted, with costs, and order, as so modified, affirmed, without costs.

INVERNEZZI v. DUNN. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Enrice Invernezzi against Thomas J. Dunn. No opinion. Motion granted, with $10 costs.

JACOBS, Respondent, v. ST. REGIS PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1902.) Action by James L. Jacobs against the St. Regis Paper Company. No opinion. Interlocutory judgment affirmed, with costs, on opinion in Farmers' Nat. Bank of Malone v. St. Regis Paper Co. (decided herewith) 78 N. Y. Supp. 889.

JAGER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Lear Jager, Jr., against the city of New York. No opinion. Motion denied.

JOHN BROWN CO., Appellant, v. DONACKER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by the John Brown Company against Daniel Donacker. No opinion. Judgment of county court affirmed, with costs.

JOHNSON, Respondent, v. COLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by Mary L. Johnson against Charles S.

Cole and another. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified and filed with the clerk.

JOHNSON, Appellant, v. MANNING, President, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Christina Johnson against John J. Manning, as president, etc.

PER CURIAM. Motion denied upon the ground that we are of opinion that the attorney, if he paid the money over to his client in good faith, and did not collect it originally under circumstances which render him liable, may obtain the relief in the contempt proceedings now pending which he seeks upon this motion.

JOHNSTON v. HARRIS. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Action by William Johnston against William S. Harris. No opinion. Motion granted, with $10 costs.

JOHNSTON, Respondent, v. MUTUAL RESERVE FUND FIRE ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Henry P. C. Johnston against the Mutual Reserve Fund Fire Association. P. R. Lawrence, for appellant. A. G. Ricaud, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Respondent, v. BEATON, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by E. Willard Jones, as trustee, etc., against John N. Beaton and another. No opinion. Judgment affirmed, with costs.

JONES v. LESTER. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Charles F. Jones against George H. Lester. No opinion. Motion denied, with $10 costs.

KANE et al. v. KUTKOFF. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Martin Kane and another against Nathan Kutkoff, impleaded. No opinion. Motion denied on payment of $10 costs; and, on payment of an additional $10, leave given to apply to the court below to open default.

KENNEDY v. GEORGE C. FLINT CO. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by Patrick J. Kennedy against the George C. Flint Company. No opinion. Motion granted, with $10 costs.

KETCHAM, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Augusta A. Ketcham against the New York & Harlem Railroad Company and others. T. Emery, for appellants. T. P. Wickes, for respondent. No opinion. Judgment affirmed, with costs.